# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: MARC JOHN RANDAZZA,<br><br>FLORIDA BAR # 625566<br><br>Respondent. | No. 18-MC-25320<br><br>SECOND QUARTERLY<br>STATUS REPORT |

On May 8, 2020, the Court issued an Order requiring, *inter alia,* that Respondent, Marc J. Randazza,

> provide this Court a status report under the above case number of any pending disciplinary charges, reviews or proceedings occurring anywhere on the 90th, 180th and 270th day from the entry of this Order, with a final status report due on April 10, 2021.

The following disciplinary charges, reviews or proceedings remain pending:

Reciprocal Discipline:[1]

1) <u>Florida Supreme Court, Case No. SC19-188</u>.  This is the reciprocal proceeding arising from the same original Nevada discipline as in this case, which is now discharged.  As previously reported, on July 7, 2020, the Referee issued a report and recommendation.  On September 3, 2020, the Supreme Court of Florida adopted the Referee's report and recommendation and placed Respondent on a one-year probation.  *See* Exhibits 1 and 2.  To date, Respondent has been in full compliance with the terms of the probation.

2) <u>U.S. Patent and Trademark Office, Proceeding No. D2019-15</u>.  This was the reciprocal proceeding arising from the same original Nevada discipline as in this case.  The PTO imposed reciprocal discipline on July 23, 2019 equivalent to the Nevada discipline.  To date, Respondent has been in full compliance with the terms of the probation.

---

[1] The Original Discipline in Nevada was successfully completed on April 10, 2020, and it was no longer pending at the time the May 8, 2020 Order in this case was issued.  The same is true of all other reciprocal proceedings, not addressed here, as reported in the First Quarterly Status Report.  Similarly, as previously reported, the Retzlaff matters were administratively dismissed without further proceedings brought..

    3) <u>California Supreme Court, Case No. S258331</u>.  This was the reciprocal proceeding arising from the same original Nevada discipline.  On December 11, 2019, that Court imposed a one-year probation, staying a one-year suspension.  To date, Respondent has been in full compliance with the terms of the probation.

Respondent has not been placed on notice of any other disciplinary charges, reviews, or proceedings as of or since the issuance of the May 8, 2020 Order.

Dated: November 4, 2020.       Respectfully submitted,

/s/ Marc J. Randazza
_____

Marc J. Randazza (FL Bar No. 625566)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: (702) 420-2001
ecf@randazza.com

Case No. 18-MC-25320

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November 2020, I have caused to be served by electronic mail to the Chair of the Ad Hoc Committee on Attorney Admissions, Peer Review and Attorney Grievance, as follows:

Clinton S. Payne, Esq., Chair
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
cpayne@hinshawlaw.com

/s/ Marc J. Randazza
Marc J. Randazza, 625566
RANDAZZA LEGAL GROUP, PLLC