# **<u>EXHIBIT 2</u>**

Order Adopting Referee's Report
*Florida Supreme Court*

# Supreme Court of Florida

THURSDAY, SEPTEMBER 3, 2020

CASE NO.: SC19-188
Lower Tribunal No(s).:
2015-00,718(2B)

THE FLORIDA BAR          vs.     MARC JOHN RANDAZZA

Complainant(s)                          Respondent(s)

The Court approves the uncontested referee's report and reprimands respondent.

Respondent is further placed on probation for one year under the terms and conditions set forth in the report.  Respondent shall comply with all other terms and conditions in the report.

Judgment is entered for The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2300, for recovery of costs from Marc John Randazza in the amount of $2,887.25, for which sum let execution issue.

NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION AND, IF FILED, DETERMINED.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, and COURIEL, JJ., concur.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

ca
Served:
LESLIE LAGOMASINO BAUM            JAMES KEITH FISHER
HON. DAWN CALOCA-JOHNSON, JUDGE   JOHN A. WEISS
PATRICIA ANN TORO SAVITZ