# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **IN RE: MARC JOHN RANDAZZA,** ) <br> ) <br> **FLORIDA BAR # 625566** ) <br> ) <br> Respondent. ) <br> ) | No. 18-MC-25320 <br><br> **FINAL** <br> **STATUS REPORT** |

On May 8, 2020, the Court issued an Order requiring, *inter alia,* that Respondent, Marc J. Randazza,

> provide this Court a status report under the above case number of any pending disciplinary charges, reviews or proceedings occurring anywhere on the 90th, 180th and 270th day from the entry of this Order, with a final status report due on April 10, 2021.

This is the final status report.[1]

The following disciplinary charges, reviews or proceedings remain pending:

Reciprocal Discipline:[2]

> Florida Supreme Court, Case No. SC19-188. This is the reciprocal proceeding arising from the same original, completed Nevada discipline as in this case. As previously reported, on July 7, 2020, the Referee issued a report and recommendation, and on September 3, 2020, the Supreme Court of Florida adopted the Referee's report and recommendation and placed Respondent on a one-year probation. Respondent has been in full compliance with the terms of the probation.

---

[1] April 10, 2021 is a Saturday.
[2] The Original Discipline in Nevada was successfully completed on April 10, 2020, and it was no longer pending at the time the May 8, 2020 Order in this case was issued. All other reciprocal discipline has been successfully completed, as reported in the previous Status Reports. Similarly, as previously reported, the Retzlaff matters were dismissed without further proceedings brought.

Other Charges, Reviews, or Proceedings:

As previously reported, on November 13, 2020, Respondent learned that an individual named Don Karl Juravin filed an inquiry/complaint with The Florida Bar, File No. 2021-00,173 (2B). Respondent denied Juravin's allegations. This matter was dismissed by The Florida Bar on February 4, 2021. *See* Exhibit A.

Respondent has not been placed on notice of any other disciplinary charges, reviews, or proceedings as of or since the issuance of the May 8, 2020 Order. Respondent wishes to thank the Court and the Committee for its handling of this matter, and it is Respondent's understanding that this is the final status report.

Dated: April 9, 2020.

Respectfully submitted,

/s/ Marc J. Randazza

Marc J. Randazza (FL Bar No. 625566)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: (702) 420-2001
ecf@randazza.com

Case No. 18-MC-25320

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April 2020, I have caused to be served by electronic mail to the Chair of the Ad Hoc Committee on Attorney Admissions, Peer Review and Attorney Grievance, as follows:

Clinton S. Payne, Esq., Chair
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
cpayne@hinshawlaw.com

/s/ Marc J. Randazza
Marc J. Randazza, 625566
RANDAZZA LEGAL GROUP, PLLC